In the Matter of JOSEPH P. COLLINS et al., Respondents, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants, and MARBEN REALTY CORPORATION, Appellant.

(Submitted June 2, 1930; decided June 10, 1930.)

(See 253 N. Y. 594.)

*Per Curiam.* General findings and conclusions in the return which would otherwise justify the determination of the Board (*Nectow* v. *City of Cambridge,* 277 U. S. 183) are contradicted and overcome by specific findings and uncontradicted evidence.

Motion denied, with ten dollars costs and necessary printing disbursements.

JOHN A. DOYLE, Appellant, *v.* THE CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.

(Submitted June 2, 1930; decided June 10, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 253 N. Y. 369.)